IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00053–EWN–PAC

MICHAEL DANIELSON,

    Plaintiff,

v.

WAL-MART STORES, INC.,
MCDONOUGH ENTERPRISES, INC.,
d/b/a OVERHEAD DOOR COMPANY OF
DALLAS, INC.,
OVERHEAD DOOR COMPANY OF
FORT WORTH, INC.,
OVERHEAD DOOR CORPORATION, and
JOHN DOE CORPORATIONS NO. 1-3,

    Defendants.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

    This matter is before the court on the "Plaintiff's Motion to Dismiss" filed February 21, 2006. The court having read the Motion filed herein, and now being fully advised in the premises, it is

    **ORDERED** that this action be and hereby is DISMISSED, without prejudice, as to Defendants McDonough Enterprises, Inc., d/b/a Overhead Door Company of Dallas, Inc., and Overhead Door Company of Fort Worth, Inc.

DATED this 22nd day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge