IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00053-EWN-PAC

MICHAEL DANIELSON,

    Plaintiff(s),

v.

WAL-MART STORES, INC.,

    Defendant(s).

_____

## ORDER OF RECUSAL
_____

Because of a chambers employee's financial interest in Wal-Mart Stores, it is hereby

**Ordered** that I formally recuse myself from this case and ask that it be reassigned to another United States Magistrate Judge.

It is **Further Ordered** that the Scheduling Conference set for March 23, 2006 is vacated.

Dated March 14, 2006.

                                              By the Court

                                              s/Patricia A. Coan
                                              PATRICIA A. COAN
                                              United States Magistrate Judge