IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

Civil Action No. 06-cv-00053-EWN-MJW

MICHAEL DANIELSON,

Plaintiff(s),

v.

WAL-MART STORES, INC.,

Defendant(s).

---

MINUTE ORDER

---

    It is hereby ORDERED that the Defendant Overhead Door Corporation's Motion for Leave to Attend Settlement Conference by Telephone, filed with the Court on April 20, 2006, (DN 40), is GRANTED.  The Defendant's corporate representative shall be available by telephone, and shall provide their counsel with a phone number where they can be contacted.

Date:  April 21, 2006