IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00053–EWN–PAC

MICHAEL DANIELSON,

    Plaintiff,

v.

WAL-MART STORES, INC.,
OVERHEAD DOOR CORPORATION, and
JOHN DOE CORPORATIONS NO. 1-3,

    Defendants.

---

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the court on the "Recommendation on Plaintiff's Motion to Strike the Affirmative Defenses of Defendant Wal-Mart Stores, Inc. (Docket No. 19" filed March 29, 2006.  No party has objected to the recommendation.  I have conducted the requisite *de novo* review of the issues, the record, and the recommendation.  Based on this review, I have concluded that the recommendation is a correct application of the facts and the law.  Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Plaintiff's Motion to Strike the Affirmative Defenses of Defendant Wal-Mart Stores, Inc. is GRANTED in part and DENIED in part.  The motion is granted as to the Act of God defense, and this defense is stricken.  The remainder of the motion is denied.

DATED this 1st day of May, 2006.

                                             BY THE COURT:

                                             s/ Edward W. Nottingham  
                                             EDWARD W. NOTTINGHAM  
                                             United States District Judge