IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00053-EWN-MJW

MICHAEL DANIELSON,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order Regarding the Deposition of John Loibel, which was filed on June 21, 2006 (Docket No. 63), and to which Responses have been filed by the plaintiff (Docket No. 68) and defendant Overhead Door Corp. (Docket No. 67), is **DENIED**. Defendant Wal-Mart has not shown that the deposition of John Loibel will cause "annoyance, embarrassment, oppression, or undue burden or expense." See Fed. R. Civ. P. 26(c) (emphasis added). Furthermore, even though John Loibel does not have knowledge of the actual incident, in his Response, plaintiff has shown that John Loibel may very well have information that is relevant to the plaintiff's claim. In addition, although plaintiff's Notice of John Loibel's deposition was apparently not served until June 19, 2006, less than eleven days before the deposition date, his deposition shall proceed as noticed. Before that notice was sent, counsel had been discussing depositions to be conducted in Durango at that time, including the deposition of John Loibel. No prejudice has been shown by the notice being less than eleven days in this case. Finally, the court notes that Wal-Mart's counsel stated in an e-mail dated June 15, 2006, to plaintiff's counsel that "Mr. Loibl is willing to be deposed on either 6/27 or 6/28 in Durango" and that "[f]or purposes of these two depositions only [which includes Mr. Loibl's deposition], I will waive the 11 day notice requirement in terms of producing the WITNESS." (See Docket No. 68-2 at 1).

Date: June 22, 2006