IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00053–EWN–PAC

MICHAEL DANIELSON,

    Plaintiff,

v.

WAL-MART STORES, INC.,
OVERHEAD DOOR CORPORATION, and
JOHN DOE CORPORATIONS NO. 1-3,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the court on the "Plaintiff's Motion to Dismiss John Doe Corporations No. 1-3" filed August 4, 2006. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, without prejudice, as to Defendants John Doe Corporations No. 1-3, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 4th day of August, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge