IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00053–EWN–MJW

MICHAEL DANIELSON,

    Plaintiff,

v.

WAL-MART STORES, INC., and
OVERHEAD DOOR CORPORATION,

    Defendants.

## ORDER

    This matter comes before the court on "Defendant Overhead Door Corporation's Motion for Summary Judgment" (#78, filed July 5, 2006) and "Plaintiff Mike Danielson's Response to Defendant Overhead Door Corporation's Motion for Summary Judgment" (#80, filed July 7, 2006). The court having read the motion for summary judgment and the response filed herein, and now being fully advised in the premises, it is ORDERED as follows:

    1.    Defendant's motion for summary judgment on all of Plaintiff's claims (# 78) is GRANTED.

    2.    Plaintiff's claims against Defendant Overhead Door Corporation are DISMISSED with prejudice.

3.      At the conclusion of the case, the clerk shall enter final judgment in favor of Defendant Overhead Door Corporation and against Plaintiff on all of Plaintiff's claims against Defendant Overhead Door Corporation.

Dated this 23rd day of August, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge