IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00053-EWN-MJW

MICHAEL DANIELSON,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Withdraw Motion to Compel and Vacate Hearing Set for October 5, 2006, DN 114, is GRANTED. Docket number 98 is deemed withdrawn. Based upon the resolution of this discovery dispute, the Telephone Motion Conference set on October 5, 2006, at 10:30 a.m., is VACATED.

Date: October 4, 2006